## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

2011 MAY 27 PM 2: 02

IN RE:                                          ) CHAPTER 13

TRACEY A. MANSELL                               ) CASE NO. 07-20015ASD

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #        406477              $31.50

*$31.50*
*#274687*

### WORLDWIDE ASSET PURCHASING
### C/O WEST ASSET MANAGEMENT
### P. O. BOX 672047
### MARIETTA, GA 30006

### OVER 90 DAYS

Dated at Hartford, Connecticut this           day of          , 2011.

/s/
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** 224 TOWER AVE HARTFORD CT 06120
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** zepseven@sbcglobal.net

/s/
Molly T. Whiton, Chapter 13 Standing Trustee

