# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

2011 JUL 27  PM 12: 20

IN RE:                                    ) CHAPTER 13

**TRACEY A. MANSELL**                     ) **CASE NO.  07-20015**

$43.69

#### PAYMENT OF UNCLAIMED FUNDS TO CLERK

# 274778

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

Check #            409257                $43.69

## HARTFORD ECONOMIC DEVELOPMENT
## 15 LEWIS STREET
## HARTFORD, CT 06106

### OVER 90 DAYS AND REISSUED 2X  AND FOE

Dated at Hartford, Connecticut this          day of          , 2011.

/s/
_____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:  224 TOWER AVENUE HARTFORD, CT 06120**
**Office of the U.S. Trustee: USTPRegion02.NH.ECF@USDOJ.GOV**
**Debtor's Counsel:**  zepseven@sbcglobal.net

/s/
_____
Molly T. Whiton, Chapter 13 Standing Trustee